# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NATIONAL LANDMARK LOGISTICS LLC, *et al.*,<br><br>　　Defendants | Civil Action No.: 0:20-cv-02592-JMC<br><br>**ORDER LIFTING TEMPORARY SEAL OF FTC FILINGS** |

This matter is before the court pursuant to Plaintiff Federal Trade Commission's ("FTC") Motion to Lift Temporary Seal of FTC Filings (ECF No. 52). In its Motion, the FTC requests that the court lift the temporary seal on the FTC's filed documents because service upon Defendants has been perfected and the danger that advance knowledge by Defendants would pose to the court's ability to obtain effective final relief, including restitution for defrauded consumers, has passed. (*Id.* at 2–3.)

Upon consideration of the FTC's assertions, the court **GRANTS** the FTC's Motion (ECF No. 52) and **INSTRUCTS** the Clerk of Court to lift the seal and make publicly accessible on the docket all documents filed by the FTC and associated Orders, including the following documents:

- ECF No. 1 – FTC's *Ex Parte* Motion to Temporarily Seal Case File Pursuant to Local Civ. Rule 5.03 (D.S.C.);

- ECF No. 1-1 – F C's Memorandum in Support of Its *Ex Parte* Motion to Temporarily Seal Case File Pursuant to Local Civ. Rule 5.03 (D.S.C.);

- ECF No. 1-2 – Declaration and Certification of FTC Counsel Pursuant to Local Civ. Rule 5.03(B)(2) (D.S.C.);

- ECF No. 1-3 – [proposed] Order Temporarily Sealing Case File;

- ECF No. 5 – FTC's *Ex Parte* Motion for Temporary Restraining Order with an Asset Freeze, Appointment of Receiver, and Other Equitable Relief, and Order to Show

1

Cause Why a Preliminary Injunction Should Not Issue;

- ECF No. 5-1 – FTC's Memorandum in Support of Its *Ex Parte* Motion for Temporary Restraining Order with an Asset Freeze, Appointment of Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue;

- ECF No. 5-2 – Table of Exhibits in Support of FTC's *Ex Parte* Motion for Temporary Restraining Order with an Asset Freeze, Appointment of Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue;

- ECF No. 5-3 – PX01 – Declaration of Justin Amado;

- ECF No. 5-4 – PX02 – Declaration of Patricia Bartholomay;

- ECF No. 5-5 – PX03 – Declaration of Catherine Cyphers;

- ECF No. 5-6 – PX04 – Declaration of Curtis Brown;

- ECF No. 5-7 – PX05 – Declaration of William Edwards;

- ECF No. 5-8 – PX06 – Declaration of Nicole Evangelist;

- ECF No. 5-9 – PX07 – Declaration of John Fitzhugh;

- ECF No. 5-10 – PX08 – Declaration of Rebecca Helms;

- ECF No. 5-11 – PX09 – Declaration of Tina Lemon;

- ECF No. 5-12 – PX10 – Declaration of Haven Miller;

- ECF No. 5-13 – PX11 – Declaration of Shannon Nolan;

- ECF No. 5-14 – PX12 – Declaration of Gary Partner;

- ECF No. 5-15 – PX13 – Declaration of Veronica Warnecke;

- ECF No. 5-16 – PX14 – Declaration of Joel Young;

- ECF No. 5-17 – PX15 – Declaration of Alissa Raddatz;

- ECF No. 5-18 – PX16 – Declaration of Eric Walsh;

- ECF No. 5-19 – PX17 – Declaration of Adam Corser;

- ECF No. 5-20 – PX18 – Declaration of Valeria Bland;

- ECF No. 5-21 – PX19 – Declaration of Katherine Moody;

- ECF No. 5-22 – PX20 – Declaration of Michael Goldstein part 1;

- ECF No. 5-23 – PX20 – Declaration of Michael Goldstein part 2;

- ECF No. 5-24 – PX20 – Declaration of Michael Goldstein part 3;

- ECF No. 5-25 – PX21 – Declaration of Madalyn Trombley;

- ECF No. 5-26 – PX22 – Supplemental Declaration of Michael Goldstein;

- ECF No. 5-27 – PX23 – Appendix of Unpublished Cases part 1;

- ECF No. 5-28 – PX23 – Appendix of Unpublished Cases part 2;

- ECF No. 5-29 – Rule 65 Certification and Declaration of FTC Counsel in Support of the FTC's *Ex Parte* Motion for Temporary Restraining Order with an Asset Freeze, Appointment of Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, and *Ex Parte* Motion to Temporarily Seal Case File;

- ECF No. 5-30 – FTC's Recommendations for a Receiver;

- ECF No. 5-31 – [proposed] *Ex Parte* Temporary Restraining Order with an Asset Freeze, Appointment of Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue;

- ECF No. 19 – Order Temporarily Sealing Case File;

- ECF No. 21 – Temporary Restraining Order;

- ECF No. 27 – Order Appointing Receiver;

- ECF No. 29 – FTC's *Ex Parte* Motion to Extend Seal for 24 hours; and

- ECF No. 30 – Order Extending Temporary Seal 24 hours.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

August 19, 2020
Columbia, South Carolina