# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Federal Trade Commission, ) | Civil Action No.: 0:20-cv-02592-JMC |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| National Landmark Logistics LLC, also ) | |
| d/b/a UBS TRStar Systems, LLC; ) | **ORDER STAYING CASE FOR 120 DAYS** |
| National Landmark Service of United ) | **TO CONSIDER SETTLEMENT** |
| Recovery LLC; Liberty Solutions & ) | **AGREEMENT AS TO THE** |
| Associates, LLC; LSA Processing System, ) | **LIBERTY SOLUTIONS DEFENDANTS** |
| LLC; Silverlake Landmark Recovery ) | |
| Group, LLC; Jean Cellent, a/k/a Jean- ) | |
| Pierre Cellent, in his individual and ) | |
| corporate capacity; James Dennison, in his ) | |
| individual and corporate capacity; and ) | |
| Eric Dennison, in his individual and ) | |
| corporate capacity, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court on the stipulated motion of the FTC and Defendants Liberty Solutions & Associates LLC, LSA Processing Systems, LLC, James Dennison, and Eric Dennison (the "Liberty Solutions Defendants"), to stay all deadlines in this case for 120 days so that the FTC can consider a final settlement agreement in this matter with the Liberty Solutions Defendants. (*See* ECF No. 70.) Having considered the stipulated motion in addition to the record, the court finds good cause exists to grant the requested stay.

Accordingly, it is hereby **ORDERED** that the stipulated motion (ECF No. 70) is **GRANTED.**

**IT IS FURTHER ORDERED** that all deadlines in this case that relate to the FTC and the Liberty Solutions Defendants, including the deadline by which the Liberty Solutions Defendants must file an answer or otherwise respond to the Complaint (*see* ECF No. 69), shall be continued

1

for 120 days from the date hereof.

**IT IS ORDERED** that this stay shall not apply to Defendants National Landmark Logistics LLC, National Landmark Service of United Recovery LLC, Silverlake Landmark Recovery Group LLC, and Jean Cellent. The case and litigation shall continue, and all deadlines remain unaffected, as to Defendants National Landmark Logistics LLC, National Landmark Service of United Recovery LLC, Silverlake Landmark Recovery Group LLC, and Jean Cellent.

**IT IS FURTHER ORDERED** that this stay shall not apply to the Receiver's continued actions under, and implementation of, the Court's orders.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

November 19, 2020
Columbia, South Carolina