IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL LANDMARK LOGISTICS LLC, *et al.*,<br><br>    Defendants | Civil Action No. 0:20-cv-02592-JMC<br><br>**JOINT NOTICE OF RESULTS OF MEDIATION AND REQUEST TO STAY CASE FOR 120 DAYS TO CONSIDER SETTLEMENT AGREEMENT AS TO THE NATIONAL LANDMARK DEFENDANTS** |

Come now Plaintiff Federal Trade Commission ("FTC") and the National Landmark Defendants, by and through their respective counsel, and hereby report the results of mediation, as requested by the Court in its February 19, 2021 Order to Conduct Mediation. (ECF No. 93.) The parties met in person on Friday July 16, 2021 and again telephonically on Thursday July 22, 2021 with Magistrate Judge Mary Gordon Baker. The parties are pleased to report that, with Judge Baker's assistance, they have negotiated a final settlement in this matter.

The parties also agree, stipulate, and move the Court for an order staying all deadlines in this case for 120 days, including staying all deadlines set forth in the Conference and Scheduling Order (ECF No. 92). In support of this request, the parties state as follows.

1. As mentioned, counsel for the FTC and the National Landmark Defendants have negotiated a final settlement in this matter.

2. Although FTC counsel has authority to negotiate settlement agreements, under Section 4.14 of the FTC's Rules of Practice, 16 C.F.R. § 4.14(c), only a majority vote by the several FTC Commissioners can approve any such agreement.

3. If the FTC approves the settlement, further litigation in this matter will not be necessary.

1

4. Because the FTC's review and approval process can take several weeks, the parties respectfully request that the Court stay the case for 120 days to allow adequate time for the FTC to review and approve the final settlement.

5. The requested stay would not apply to the Receiver's continued actions under, and implementation of, the Court's orders.

Wherefore, based on the foregoing, the FTC and the National Landmark Defendants respectfully request that this stipulation be granted and the entire case be stayed for 120 days. A proposed order has been filed herewith.

**IT IS SO STIPULATED:**

J. REILLY DOLAN
Acting General Counsel

GREGORY A. ASHE
MARGUERITE MOELLER
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Telephone: 202-326-3719 (Ashe)
Telephone: 202-326-2905 (Moeller)
Facsimile: 202-326-3768
Email: gashe@ftc.gov, mmoeller@ftc.gov

M. RHETT DEHART
Acting United States Attorney

*/s/Johanna C. Valenzuela*
JOHANNA C. VALENZUELA (#11130)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Telephone: 803-929-3122
Facsimile: 803-254-2912
Email: Johanna.Valenzuela@usdoj.gov

*Attorneys for Plaintiff*
FEDERAL TRADE COMMISSION

*/s/ Ian T. Duggan (with permission)*
IAN T. DUGGAN (#12670)
LOUIS H. LANG (#240)
Callison Tighe & Robinson, LLC
1812 Lincoln Street, Suite 200
Columbia, SC 29202
Telephone: 803-404-6900
Email: ianduggan@callisontighe.com,
louislang@callisontighe.com

*Attorneys for the National Landmark Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2021, a true and correct copy of (1) **JOINT NOTICE OF RESULTS OF MEDIATION AND REQUEST TO STAY CASE FOR 120 DAYS TO CONSIDER SETTLEMENT AGREEMENT AS TO THE NATIONAL LANDMARK DEFENDANTS** and (2) **[proposed] ORDER STAYING CASE FOR 120 DAYS TO CONSIDER SETTLEMENT AGREEMENT AS TO THE NATIONAL LANDMARK DEFENDANTS** were filed electronically with the United States District Court for the District of South Carolina using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                           */s/Johanna C. Valenzuela*
                                           Attorney for Plaintiff Federal Trade Commission