IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONAL LANDMARK LOGISTICS LLC, *et al.*,<br><br>   Defendants | Civil Action No. 0:20-cv-02592-JMC<br><br>**ORDER STAYING CASE FOR 120 DAYS TO CONSIDER SETTLEMENT AGREEMENT AS TO THE NATIONAL LANDMARK DEFENDANTS** |

This cause is before the Court on the stipulated motion of the FTC and the National Landmark Defendants to stay all deadlines in this case for 120 days so that the FTC can consider a final settlement agreement in this matter with the National Landmark Defendants. Having considered the stipulated motion in addition to the record, the court finds good cause exists to grant the requested stay.

Accordingly, it is hereby **ORDERED** that the stipulated motion is **GRANTED.**

**IT IS FURTHER ORDERED** that all deadlines in this case, including all deadlines set forth in the Conference and Scheduling Order (ECF No. 92), shall be continued for 120 days from the date hereof.

**IT IS FURTHER ORDERED** that this stay shall not apply to the Receiver's continued actions under, and implementation of, the Court's orders.

**IT IS SO ORDERED**.

                                                        s/J. Michelle Childs
                                                        J. MICHELLE CHILDS
                                                        United States District Judge

Dated: August 3, 2021
Columbia, South Carolina